UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-02921 JAK (ADS)                             Date: November 22, 2021

Title: _Medina v. Pitchess Detention Center South Facility, et al._

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SERGEANT LYNCH AND THE DOE DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 8, 2020, Plaintiff Cesario V. Medina filed a Third Amended Complaint ("TAC") asserting claims pursuant to 42 U.S.C. § 1983. (Dkt. No. 26.) In the TAC, Plaintiff asserts claims against, among others, Sergeant Lynch and seven DOE defendants. (Id. at 4-9.) On January 4, 2021, the Court authorized service of the TAC on Sergeant Lynch. (Dkt. No. 28.) The Court also granted Plaintiff an opportunity to conduct limited early discovery to obtain the identities of the DOE defendants. (Dkt. Nos. 31, 37.) On September 15, 2021, a Process Receipt and Return was filed showing that the United States Marshal Service was unable to effectuate service of the summons and TAC on Sergeant Lynch because he is retired. (Dkt. No. 55.) As of the date of this order, Plaintiff has not sought to amend the TAC to add the true names of the DOE defendants and has not served the summons and TAC on Sergeant Lynch or the DOE defendants.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to serve a summons and TAC on Sergeant Lynch and the DOE defendants. Plaintiff must file a written response by no later than **December 13, 2021**.

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation to the District Judge that the above listed defendants be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-02921 JAK (ADS)                                        Date:  November 22, 2021

Title:  *Medina v. Pitchess Detention Center South Facility, et al.*

Plaintiff is reminded that it is his responsibility to prosecute the case against all defendants.  This includes ensuring defendants are properly served with the summons and complaint.

    **IT IS SO ORDERED.**

Initials of Clerk kh