# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CESARIO V. MEDINA, | Case No. 2:19-02921 JAK (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| PITCHESS DETENTION CENTER SOUTH FACILITY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, Defendant Nancy Yamasaki's Motion to Dismiss, the opposition and reply briefs, the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and Plaintiff Cesario V. Medina's objections to the Report and Recommendation. After engaging in a *de novo* review of those portions of the Report and Recommendation to which objections were made, the Court overrules the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 67);

2. Defendant Yamasaki's Motion to Dismiss is granted with leave to amend; and

3. Plaintiff may file a fourth amended complaint by no later than 30 days after entry of this order.

DATED: February 2, 2022

_____
JOHN A. KRONSTADT
United States District Judge