UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO V. MEDINA,<br><br>  Plaintiff,<br><br>  v.<br><br>PITCHESS DETENTION CENTER SOUTH FACILITY, et al.,<br><br>  Defendants. | Case No. 2:19-02921 JAK (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Judgment on the Pleadings, (Dkt. No. 76), Plaintiff's opposing papers, (Dkt. No. 84), the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 92), and Plaintiff's objections to the Report and Recommendation, (Dkt. No. 97). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made. The Court overrules Plaintiff's objections because none of them warrants any change to the analysis or determinations in the Report and Recommendation. With respect to the Plaintiff's request that the Court schedule certain

depositions for October 10, 2022, it is denied because it is not ripe for adjudication. This denial is without prejudice to Plaintiff seeking to notice depositions in accordance with the applicable rules.

The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 92);

2. The Motion for Judgment on the Pleadings is granted, in part, and denied, in part, as follows:

    a. Denied as to Claim 1 against Deputy De La Torre, Detective Dubin, and Sergeant Dubois;

    b. Granted as to Claim 1 against Nurse Yamasaki; and

    c. Granted as to Claims 3, 4, and 5 against Deputy De La Torre, Detective Dubin, and Sergeant Dubois; and

3. Plaintiff Medina is denied leave to amend the Third Amended Complaint.

4. Plaintiff Medina's request that the Court schedule certain depositions is denied, without prejudice to Plaintiff seeking to notice depositions in accordance with the applicable rules.

DATED: August 22, 2022

_____
JOHN A. KRONSTADT
United States District Judge