UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PITCHESS DETENTION CENTER SOUTH FACILITY, et al.,<br><br>　　　　　　　Defendants. | No. 2:19-02921 JAK (ADS)<br><br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Summary Judgment (Dkt. No. 104), Defendants' Memorandum in Support of their Motion for Summary Judgment (Dkt. No. 105), Plaintiff's Response to Defendants' Motion for Summary Judgment (Dkt. No. 110), Defendants' Reply in Support of their Motion for Summary Judgment (Dkt. No. 115), the Report and Recommendation of United States Magistrate Judge (Dkt. No 117), and Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Dkt No. 118).  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections

were made, and overrules the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

Furthermore, pursuant to the Court's Order on December 20, 2021 (Dkt. No. 65), unserved Doe Defendants I-VII and Defendant Lynch are dismissed from this case.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No 117);
2. Defendants' Motion for Summary Judgment is granted (Dkt. No. 104);
3. Unserved Doe Defendants I-VII and Defendant Lynch are dismissed from this case (Dkt. No. 65);
4. The case is dismissed with prejudice; and
5. Judgment is to be entered accordingly.

DATED: January 9, 2023

JOHN A. KRONSTADT
United States District Judge

2