UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>           Plaintiff,<br><br>      v.<br><br>PITCHESS DETENTION CENTER SOUTH FACILITY, et al.,<br><br>           Defendants. | No. 2:19-02921 JAK (ADS)<br><br><br><br>JUDGMENT<br><br>**JS-6** |

Pursuant to the Court's Orders (Dkt. Nos. 98, 119) Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety with prejudice.

DATED:   January 9, 2023

JOHN A. KRONSTADT
United States District Judge